**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**SYCAMORE BANK, f/k/a Senatobia**
**Bank,**                                                                 **PLAINTIFF,**

**VS.**                                                       **CIVIL ACTION NO. 2:06CV140-P-A**

**UNITED STATES OF AMERICA,**
**INTERNAL REVENUE SERVICE,**
**ET AL.,**                                                                    **DEFENDANTS.**

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant United States of America, Internal Revenue Service's Motion for Summary Judgment [42-1] is **DENIED**; however,

(2) Sycamore Bank's cross Motion for Summary Judgment [44-1] is **GRANTED**; therefore, the court declares that:

(a) The February 8, 2006 foreclosure sale of the subject 3.22 acre King tract is void for failure of the foreclosure notice to accurately describe the land;

(b) The parties are placed in the same position they were in before the foreclosure sale; and

(c) Sycamore Bank is entitled to the entire $143,500.00, as the first lien holder, plus legal interest if any is due, paid into the registry of the Tate County Circuit Clerk on January 30, 2006 in Cause Number CV-2005-310LT for the condemnation of the subject 0.54 acres;

(3) This case is **CLOSED**.

**SO ORDERED** this the 13th day of June, A.D., 2007.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE